UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:07-Cr-369-T-26TBM

GABRIEL AGUIRRE-CUERO

### GOVERNMENT'S MOTION FOR DEPARTURE
### BASED UPON DEFENDANT'S SUBSTANTIAL ASSISTANCE

COMES NOW, the United States of America, by and through its representative, Jeffrey S. Downing, Assistant United States Attorney, and files this motion pursuant to §5K1.1 of the United States Sentencing Guidelines. For the reasons to be set forth at sentencing, the United States requests that, based upon the defendant's substantial assistance to the United States, the Court depart downward two-levels from the defendant's offense level determined by the Court.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/Jeffrey S. Downing*
JEFFREY S. DOWNING
Assistant United States Attorney
USAO No. 010
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6309
Facsimile: (813) 274-6187
E-Mail: jeff.downing@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January **24,** 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        Mary A. Mills
        Assistant Federal Public Defender
        mary_mills@fd.org

        *s/Jeffrey S. Downing*
        JEFFREY S. DOWNING
        Assistant United States Attorney
        USAO No. 010
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:  (813) 274-6309
        Facsimile:   (813) 274-6187
        E-Mail:       jeff.downing@usdoj.gov