UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:07-Cr-369-T-26TBM

HUVER ESTUPINAN-GONZALEZ

# MOTION BY THE UNITED STATES FOR
# REDUCTION OF DEFENDANT'S SENTENCE

Pursuant to the provisions of Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a five-level reduction in the defendant's offense level, and in support thereof states as follows:

The defendant has provided substantial assistance to the government. The defendant has substantially assisted the government in the prosecution of a significant drug trafficking organization.

It is the government's position that the defendant has provided substantial assistance to the government, and is deserving of the requested five-level reduction of his offense level.

## MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. The Court may consider a government's motion to reduce a sentence made one year or more after the sentence is imposed if the information or evidence was unknown by the defendant until one year or more after the

sentence is imposed.  Rule 35(b) of the Federal Rules of Criminal Procedure.  From approximately February 2008 through March 2011, the defendant has substantially assisted the United States government.  His substantial assistance has resulted in the arrest and prosecution of members of a significant drug trafficking organization.

The United States believes that, because of his efforts on behalf of the United States, Defendant should receive a five-level reduction in his offense level for his substantial assistance.

## **CONCLUSION**

For the foregoing reasons, this court should grant the government's motion for reduction of sentence

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

By:   *s/ Maria Chapa Lopez*
        MARIA CHAPA LOPEZ
        Assistant United States Attorney
        USAO NO.: 071
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:  (813) 274-6353
        Facsimile:  (813) 274-6125
        Email:  maria.chapa@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2011, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant:

Huver Estupinan-Gonzalez

And,

Terry C. Christian
Attorney for Huver Estupinan-Gonzalez

*s/ Maria Chapa Lopez*
MARIA CHAPA LOPEZ
Assistant United States Attorney
USAO NO.: 071
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813)  274-6353
Facsimile:    (813)  274-6125
Email:         maria.chapa@usdoj.gov