UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No.: 8:07-cr-369-T-26TBM

CARLOS ALBERTO VALENCIA-GARCES

### MOTION BY THE UNITED STATES FOR REDUCTION OF DEFENDANT'S SENTENCE

Pursuant to the provisions of Rule 35 of the Federal Rules of Criminal Procedure, and 18 U.S.C. § 3553(e), the United States moves this Court to grant a four-level reduction in the defendant's offense level and in support thereof states as follows:

The defendant has provided substantial assistance to the government and is deserving of the requested four-level reduction of his offense level.

### MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. The defendant provided truthful and timely information to the United States. The Court may consider a government's motion to reduce a sentence made one year or more after the sentence is imposed if the information was known by the defendant within one year of sentencing but did not become useful to the government until more than one year after sentence is imposed. Rule 35(b)(2)(B) of the Federal Rules of Criminal Procedure. From approximately January 2008 through August 2015, the defendant has substantially assisted the

United States government. His substantial assistance has resulted in the arrest and prosecution of members of a significant drug trafficking organization.

The United States believes that, because of his efforts on behalf of the United States, the defendant should receive a four-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                    Respectfully submitted,

                                    A. LEE BENTLEY, III
                                  United States Attorney

By:    *s/ Maria Chapa Lopez*
        MARIA CHAPA LOPEZ
        Assistant United States Attorney
        United States Attorney No. 071
        400 North Tampa Street, Suite 3200
        Tampa, Florida   33602
        Telephone:   (813) 274-6000
        Facsimile:   (813) 274-6178
        E-mail:   Maria.Chapa@usdoj.gov

US v. Carlos Alberto Valencia-Garces     Case No.: 8:07-cr-369-T-26TBM

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel Castillo, Esq.

*s/ Maria Chapa Lopez*
MARIA CHAPA LOPEZ
Assistant United States Attorney
United States Attorney No. 071
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6178
E-mail:      Maria.Chapa@usdoj.gov