AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Middle District of Florida

UNITED STATES OF AMERICA

V.

Gabriel Aguirre-Cuero

## WARRANT FOR ARREST

Case Number: 8:07-cr-369-T-26TBM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Gabriel Aguirre-Cuero__
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

- [ ] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Pretrial Release Violation Petition
- [ ] Probation Violation Petition
- [x] Supervised Release Violation
- [ ] Violation Notice

charging him with (brief description of offense)

See attached Petition.

Sheryl L. Loesch
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

Signature of Issuing Officer

MAR 1 4 2017                    Tampa, Florida
Date and Location

RECEIVED 17 MAR 14 PM 1:22 U.S. MARSHAL MIDDLE DIST. OF FL TAMPA

FILED 2017 NOV 29 PM 2:29 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

ASRP

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 14 Mar 17 | Scott Capazola | |
| DATE OF ARREST 28 Nov 17 | DUSM | |